JOSEPH RUDNICK & others *vs.* JOSEPH B. GROSSMAN & others, trus-
tees. March 10, 1975. In this action to recover the deposit paid by the
plaintiffs when they submitted their allegedly unaccepted offer to pur-
chase the defendants' building, the plaintiffs' motion for summary judg-
ment under G. L. c. 231, § 59 (as amended through St. 1965, c. 491,
§ 1), was improperly allowed, as it appears from the answers of one of
the defendants to certain interrogatories which accompanied the mo-
tion, read in the light most favorable to the defendants (*McMahon* v.
*M & D Builders, Inc.* 360 Mass. 54, 56 [1971], and case cited), that
the plaintiffs' offer may have been orally accepted and thereby caused

to ripen into a contract enforceable against them (but see *Wasserman* v. *Roach,* 336 Mass. 564, 567-568 [1958]). For purposes of the motion it is immaterial that those answers may have been disbelieved (compare *Kesler* v. *Pritchard,* 362 Mass. 132, 134 [1972]); and while some of the other answers contained admissions damaging to the defendants, that will not prevent their introducing additional evidence on those issues or explaining those admissions at trial (*McMahon* v. *M & D Builders, Inc., supra,* at 61). It follows that the plaintiffs failed to sustain their burden of affirmatively showing the absence of any genuine issue of material fact. *Kesler* v. *Pritchard, supra,* and cases cited.

*Order for judgment reversed.*

*David M. Lipton* for Joseph B. Grossman & others, trustees.
*Robert F. Murphy* for the plaintiffs.